**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2963
_____

ROBERTO SANTOS,
Appellant

v.

DAVID L. BUSH; KAREN BALICKI
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 09-cv-02018)
District Judge: Noel L. Hillman
_____

Submitted for Possible Dismissal
Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6

October 25, 2012

Before: SLOVITER, VANASKIE and WEIS, Circuit Judges

(Opinion filed: November 6, 2012)
_____

ORDER AMENDING OPINION
_____

It appears that footnote number 2 of the opinions issued on November 6, 2012 was not complete. The complete text of footnote number 2 is as follows:

Several other psychiatrists employed by the DOC, other than Dr. Bush, evaluated Santos at various times and observed similar symptoms and made the same diagnosis of psychosis.

Accordingly, it is hereby ordered that an amended opinion shall be issued. The original filing date of the opinion will not be altered. The judgment is not impacted by the amendment.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: November 13, 2012